UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JOHN MANUEL CANDELARIO
MORALES,

                Petitioner,

v.                                                                    No.  1:26-CV-00085-H

WARDEN, BLUEBONNET
DETENTION CENTER,

                Respondent.

### ORDER

Petitioner John Manuel Candelario Morales, a self-represented immigrant detainee, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention pending removal by the United States Immigration and Customs Enforcement (ICE). He seeks release from confinement.

Respondent has recently notified the Court that Petitioner was removed from the United States to a third country on March 13, 2026. Dkt. No. 7. Respondent contends that, because Petitioner has been removed, there is no further relief that the Court may award, and the petition must be dismissed for lack of jurisdiction as moot. *Id.* The Court has reviewed the ICE online detainee locator and takes judicial notice that, as of today, Petitioner is no longer in ICE custody.[1]

Based on the information provided by Respondent, the Court concludes that Petitioner's claims are moot. Thus, the Court dismisses the petition for lack of jurisdiction and denies any other pending motions as moot.

---

[1] *See* http:// https://locator.ice.gov/odls/#/search (last visited March 13, 2026).

So ordered.

The Court will enter judgment accordingly.

Dated March 19, 2026.

 

JAMES WESLEY HENDRIX
United States District Judge